UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HLT EXISTING FRANCHISE HOLDING LLC and HILTON DOMESTIC OPERATING COMPANY, INC.,<br><br>                                Plaintiffs,<br><br>                -v.-<br><br>MAA AMBA, INC., DILIP G. PATEL, and NAINA D. PATEL,<br><br>                                Defendants. | 21 Civ. 5842 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 20, 2021, the Court received Defendants Maa Amba, Inc., Dilip G. Patel, and Naina D. Patel's motion to vacate the Clerk of Court's certificate of default pursuant to Fed. R. Civ. P. 55(c).  (Dkt. #33).  Plaintiffs are directed to file a response to Defendants' motion on or before **September 23, 2021**.

SO ORDERED.

Dated:  September 21, 2021
        New York, New York

                                                    *Katherine Polk Failla*
                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge