# HAYNES BOONE 

**Christos G. Papapetrou, Esq.**
Direct Phone Number:  212-659-4967
Direct Fax Number: 212-884-8256
*christos.papapetrou@haynesboone.com*

October 14, 2021

*Via ECF*



Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**Re:   HLT Existing Franchise Holding LLC and Hilton Domestic Operating Co. Inc. v. Maa Amba, Inc., et al., Case No. 21-cv-5842**

Dear Judge Failla:

We are counsel to Plaintiffs HLT Existing Franchise Holding LLC and Hilton Domestic Operating Company Inc. in the above-captioned action (the "Action").  We write with the consent of Defendants Maa Amba, Inc., Dilip G. Patel, and Naina D. Patel, and on behalf of all parties to request an adjournment of the initial conference currently scheduled for October 20, 2021.  This is the parties' first request for an adjournment of this date.

As the Court is aware, on September 24, 2021, the Court referred the parties to Magistrate Judge Freeman for settlement discussions.  The parties' settlement conference is scheduled for November 10, 2021.  Because the settlement conference may negate the need for an initial conference in this Action, the parties respectfully request that the Court adjourn the initial conference pending the outcome of the parties' settlement discussions before Magistrate Judge Freeman.

Respectfully submitted,

 /s/ *Christos G. Papapetrou*
Christos G. Papapetrou

cc:  Michael Garner, counsel for Defendants (via ECF)

---

**Haynes and Boone, LLP**   |   30 Rockefeller Plaza | 26th Floor | New York, NY 10112
T: 212.659.7300 | haynesboone.com

Application GRANTED.

The initial conference scheduled for October 20, 2021, is hereby ADJOURNED to **November 17, 2021, at 3:30 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 43.

Dated:  October 14, 2021
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE