# HAYNES BOONE 

Christos G. Papapetrou, Esq.
Direct Phone Number: 212-659-4967
Direct Fax Number: 212-884-8256
christos.papapetrou@haynesboone.com

November 15, 2021

*Via ECF*

**MEMO ENDORSED**

Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> **Re:** **HLT Existing Franchise Holding LLC and Hilton Domestic Operating Co. Inc. v. Maa Amba, Inc., et al., Case No. 21-cv-5842**

Dear Judge Failla:

We are counsel to Plaintiffs HLT Existing Franchise Holding LLC and Hilton Domestic Operating Company Inc. in the above-captioned action (the "Action"). We write with the consent of Defendants Maa Amba, Inc., Dilip G. Patel, and Naina D. Patel, and on behalf of all parties to request an adjournment of the initial conference currently scheduled for November 17, 2021. This is the parties' second request for an adjournment of this date. The parties' first request for adjournment was granted.

As the Court is aware, on November 10, 2021, the parties appeared telephonically before Magistrate Judge Freeman for a settlement conference. At the conference, the parties agreed to a settlement in principle and are currently in the process of finalizing the documents to reflect their agreement. Because the settlement of this Action would negate the need for an initial conference, the parties respectfully request that the Court adjourn the initial conference for thirty days to provide the parties with time to finalize their agreement and file a stipulation of dismissal of the Action.

Respectfully submitted,

/s/ *Christos G. Papapetrou*
Christos G. Papapetrou

cc: Michael Garner, counsel for Defendants (via ECF)

**Haynes and Boone, LLP**   30 Rockefeller Plaza | 26th Floor | New York, NY 10112
T: 212.659.7300 | haynesboone.com

The Court is in receipt of the parties' above joint request to adjourn the upcoming conference in this matter.  By Order dated November 10, 2021, the Court conditionally discontinued this case and, by extension, adjourned all remaining dates and deadlines. (Dkt. #47).  Accordingly, the parties' request is denied as moot.

The Clerk of Court is directed to terminate the motion at docket entry 46.

Dated:   November 15, 2021          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE